# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 26mj21-LMC** |
| ) | |
| ) | |
| **WAYLEN J. LESLIE,** ) | |
| **Defendant.** ) | |

## ORDER TO UNSEAL PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE

As a result of criminal charges having been filed against the above defendant, IT IS HEREBY

ORDERED that the pre-indictment/information (target) electronic case file (ECF) be unsealed and

processed in accordance with established procedure.


By: /s/ Brian C. Wimes
Brian C. Wimes
Chief United States District Judge


Dated: May 13, 2026


Kansas City, Missouri